Commonwealth *v.* Mays, Appellant.

Argued June 15, 1973. *A. Girton,* with him *James P. McHugh,* for appellant; *Philip J. O'Malley,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Millner, Appellant.

Submitted June 11, 1973. *Edward K. Nichols, Jr.,* for appellant; *James J. Wilson, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.